UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>    v.<br><br>DANNI WALKER,<br><br>        Defendant. | CASE NO. 22-CR-00105-LK<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Defendant Danni Walker's second Unopposed Motion to Continue Trial and Pretrial Motions Dates, Dkt. No. 21, as well as her Speedy Trial Waiver, Dkt. No. 22. On July 27, 2022, a federal grand jury indicted Ms. Walker on six counts of wire fraud related to her submission of allegedly false and misleading Paycheck Protection Program loan applications, a source of financial assistance provided by the Government through the Coronavirus Aid, Relief, and Economic Security ("CARES") Act. *See* Dkt. No. 1. The case involves "at least ten allegedly misleading loan applications related to [the] Paycheck Protection Program." Dkt. No. 21 at 2. Ms. Walker pleaded not guilty to all counts. Dkt. No. 7. Although Ms.

ORDER CONTINUING TRIAL - 1

Walker's jury trial was originally slated to begin on September 26, 2022, *id.*, the Court previously granted her unopposed motion to continue trial to April 10, 2023, Dkt. No. 14 at 2.

Defense counsel now requests a second continuance, this time to August 14, 2023, "to allow sufficient time to conduct investigations, conduct legal research, review the discovery with Ms. Walker, prepare for pre-trial motions, and prepare for trial." Dkt. No. 21 at 1–2. Although counsel is "diligently analyzing [the] discovery and conducting additional investigation," the discovery in this case "is voluminous and is requiring a significant amount of time to read, analyze, and review with Ms. Walker." *Id.* at 2. Ms. Walker avers that she understands her rights under the Sixth Amendment and Speedy Trial Act, 18 U.S.C. § 3161, and "knowingly, voluntarily, and with advice of counsel waive[s her] right to a speedy trial and consent[s] to the continuation of the date of [the] trial from April 10, 2023, to a date up to and including September 14, 2023." Dkt. No. 22 at 1. The Government does not oppose Ms. Walker's motion. Dkt. No. 21 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Ms. Walker in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court also finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Ms. Walker reasonable time to accomplish these tasks and prepare for trial.

For these reasons, the Court ORDERS that trial shall be continued from April 10, 2023 to August 14, 2023. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing

the time within which Ms. Walker's trial must commence under the Speedy Trial Act. Pretrial motions are due no later than July 3, 2023.

Dated this 30th day of January, 2023.

*Lauren King*

Lauren King
United States District Judge