UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>DANNI WALKER,<br><br>       Defendant. | CASE NO. 22-CR-00105-LK<br><br>ORDER CONTINUING TRIAL |

This matter comes before the Court on Defendant Danni Walker's Stipulated Motion to Continue Trial and Pretrial Motions Dates, Dkt. No. 28,[1] as well as her Speedy Trial Waiver, Dkt. No. 29. On July 27, 2022, a federal grand jury indicted Ms. Walker on six counts of wire fraud related to her submission of allegedly false and misleading Paycheck Protection Program loan applications, a source of financial assistance provided by the Government through the Coronavirus Aid, Relief, and Economic Security ("CARES") Act. *See generally* Dkt. No. 1. The case involves "at least eight allegedly fraudulent loan applications related to the Paycheck Protection Program."

---

[1] Although defense counsel captions Ms. Walker's motion as a stipulation, it is not signed by the Government's attorney and therefore is not a proper "stipulation." *See* Dkt. No. 28 at 3. The Court treats the motion as unopposed.

ORDER CONTINUING TRIAL - 1

Dkt. No. 28 at 2. Ms. Walker pleaded not guilty to all counts. Dkt. No. 7. Although her jury trial was originally slated to begin on September 26, 2022, *id.*, the Court previously granted two unopposed motions to continue trial. *See* Dkt. Nos. 12, 14, 21, 23. Ms. Walker's trial is currently scheduled for August 14, 2023. Dkt. No. 23 at 2.

Defense counsel now seeks a third continuance, this time to September 18, 2023, "to allow sufficient time to conduct investigations, conduct legal research, review the discovery with Ms. Walker, prepare for pretrial motions, and prepare for trial." Dkt. No. 28 at 1–2. Although counsel is "diligently analyzing th[e] discovery and conducting additional investigation," that discovery "is voluminous" and demands "a significant amount of time to read, analyze, and review with Ms. Walker." *Id.* at 2. Defense counsel further asserts that he is "out of the office on leave for the month of July, returning on July 31, 2023, just two weeks before the current trial date." *Id.* Given this leave, the defense team needs more time "to adequately prepare in the weeks leading up to the trial date." *Id.* Ms. Walker avers that she understands her rights under the Sixth Amendment and Speedy Trial Act, 18 U.S.C. § 3161, and knowingly, voluntarily, and with the advice of counsel waives her right to a speedy trial and consents to a continuation of trial to a date up to and including October 9, 2023. Dkt. No. 29 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Ms. Walker in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court also finds that the additional time

requested is a reasonable period of delay and will be necessary to provide counsel and Ms. Walker reasonable time to accomplish these tasks and prepare for trial.

For these reasons, the Court GRANTS the motion and ORDERS that trial shall be continued from August 14, 2023 to September 18, 2023. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the date of this Order to the new trial date is EXCLUDED when computing the time within which Ms. Walker's trial must commence under the Speedy Trial Act. Pretrial motions are due no later than August 7, 2023.

Dated this 5th day of July, 2023.

*Lauren King*

Lauren King
United States District Judge

ORDER CONTINUING TRIAL - 3