UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br>    v.<br><br>DANNI WALKER,<br><br>                   Defendant. | CASE NO. 2:22-cr-00105-LK<br><br>ORDER RESCHEDULING DISPOSITION HEARING FOR PROBATION VIOLATIONS |

       This matter comes before the Court on the Government's Unopposed Motion to Reschedule Disposition Hearing for Supervised Release Violations. Dkt. No. 101. Due to scheduling conflicts for both the Government's counsel and the assigned Probation Officer, the Government requests that the disposition hearing concerning Defendant Danni Walker's alleged violations of her conditions of probation be moved from May 21, 2025 at 10:00 a.m. to May 28, 2025 at 10:00 a.m. *Id.* at 1. Ms. Walker does not oppose the motion. *Id.* at 1–2.

       The Court "must hold [a] revocation hearing within a reasonable time" of receipt of allegations of a violation of a condition of probation. Fed. R. Crim. P. 32.1(b)(2). Here, there is

good cause for a one-week continuance to allow representatives for the United States and Probation to attend and participate in the hearing. The Court notes that Ms. Walker remains on bond, and she does not indicate that she will be prejudiced by the short continuance. *See United States v. Lopez*, No. 23-444, 2024 WL 2843035, at *2 (9th Cir. June 5, 2024). The Court further finds that the interests of the public and Ms. Walker in any speedier disposition in this case are outweighed by the ends of justice.

Finding good cause, the Court GRANTS the motion and moves the disposition hearing for Defendant Danni Walker's pending supervised release violations to May 28, 2025. However, given that the hearing may take longer than the currently allotted time, it will commence at 9:00 a.m., not 10:00 a.m.

Dated this 13th day of May, 2025.

Lauren King
United States District Judge

ORDER RESCHEDULING DISPOSITION HEARING FOR PROBATION VIOLATIONS - 2