UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>DANNI WALKER,<br><br>                Defendant. | CASE NO. 2:22-cr-00105-LK<br><br>SECOND ORDER RESCHEDULING DISPOSITION HEARING FOR PROBATION VIOLATIONS |

      This matter comes before the Court on Defendant Danni Walker's Unopposed Motion to Reschedule Disposition Hearing for Supervised Release Violations. Dkt. No. 105. The disposition hearing is currently scheduled for May 28, 2025 at 9:00 a.m. Dkt. No. 102. Due to a death in her family, defense counsel is no longer available to represent Ms. Walker on that date. Ms. Walker accordingly requests that the disposition hearing concerning the alleged violations of her conditions of probation be moved from May 28, 2025 at 9:00 a.m. to June 3, 2025 at 10:00 a.m. Dkt. No. 105 at 1. The Government does not oppose the motion. *Id.* at 1.[1] Ms. Walker "is in

---

[1] The Court is sorry to hear of defense counsel's loss and appreciates the parties' cooperation in this matter.

SECOND ORDER RESCHEDULING DISPOSITION HEARING FOR PROBATION VIOLATIONS - 1

1  agreement with [her] counsel's request to reschedule the disposition hearing," *id.* at 2, and remains
2  at liberty under current conditions of probation pending the disposition hearing, Dkt. No. 98.

3        The Court "must hold [a] revocation hearing within a reasonable time" of receipt of
4  allegations of a violation of a condition of probation. Fed. R. Crim. P. 32.1(b)(2). Here, there is
5  good cause for a one-week continuance to allow Ms. Walker's attorney to attend and participate
6  in the hearing. The Court further finds that the interests of the public, Ms. Walker, and the
7  Government in any speedier disposition in this case are outweighed by the ends of justice.

8        Finding good cause, the Court GRANTS the motion and moves the disposition hearing for
9  Defendant Danni Walker's pending supervised release violations to June 3, 2025 at 10:00 a.m.

10       Dated this 21st day of May, 2025.

*(signature)*
Lauren King
United States District Judge

SECOND ORDER RESCHEDULING DISPOSITION HEARING FOR PROBATION VIOLATIONS - 2