PROB 12C-SUM
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

| | |
|---|---|
| **Name:** Danni Walker | **Case Number:** 2:22CR00105LK-001 |

**Name of Judicial Officer:** The Honorable Lauren King, United States District Judge
**Date of Original Sentence:** 03/13/2024     **Date of Report:** 02/05/2026
**Original Offense:** Wire Fraud
**Original Sentence:** Time Served (1-day); 36 months of supervised release
**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 10/29/2024
                                                                    **Date Supervision Expires:** 02/25/2028
**Assistant United States Attorney:** Michelle Jensen     **Defense Attorney:** Dennis Carroll and Elizabeth Sher

**Special Conditions Imposed:**

| | | |
|---|---|---|
| ☒ Substance Abuse | ☒ Financial Disclosure | ☒ Restitution: $500, 303.82 |
| ☐ Mental Health | ☐ Fine | ☒ Community Service |

☒ Other: abstain from the use of alcohol and drugs; disclose all assets and liabilities; provide business financial records for review; maintain a single checking account; no new credit; submit to search; location monitoring; community service; report to and complete inpatient substance use treatment; and complete outpatient drug treatment.

## PETITIONING THE COURT

☐     To issue a warrant under seal
☒     To issue a summons

I allege Danni Walker has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Consuming alcohol, on or about November 19, 2025, in violation of a special condition of supervised release. |
| 2. | Failing to report for scheduled drug testing on or about the following dates, in violation of a special condition of supervised release: <br>• November 13, 2025<br>• November 18, 2025<br>• December 2, 2025<br>• December 9, 2025<br>• January 22, 2026<br>• January 30, 2026<br>• February 2, 2026 |
| 3. | Failing to provide any requested financial information as directed since on or about December 10, 2025, in violation of a special condition of supervised release. |
| 4. | Failing to pay restitution since on or about December 15, 2025, in violation of a special condition of supervised release. |

The Honorable Lauren King, United States District Judge  Page 2
Petition for Warrant or Summons for Person Under Supervision  February 5, 2026

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ revoked.
   ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
   ☐ risk of flight.
   ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 5th day of February, 2026.

_____
Ben Beetham
Senior United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

_____
Christina Lacy
Supervising United States Probation Officer

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☐ The Issuance of a Warrant under seal
   (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons
   (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer
February 5, 2026
                Date