HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-105-LK |
| Plaintiff, | UNOPPOSED MOTION TO RESCHEDULE DISPOSITION HEARING FOR SUPERVISED RELEASE VIOLATIONS |
| v. | |
| DANNI WALKER, | |
| Defendant. | Note on Motion Calendar: February 25, 2026 |

Danni Walker, through Assistant Federal Public Defenders Elizabeth Sher and Dennis Carroll, respectfully moves to reschedule the disposition hearing for Ms. Walker's pending supervised release violations from March 11, 2026, at 10:00 a.m. to July 2, 2026, at 10:00 a.m.

Ms. Walker appeared for an initial appearance on February 20, 2026. Dkt. 121. At that time, a disposition hearing was scheduled for March 11, 2026. *Id.* Ms. Walker recently obtained independent housing, made a restitution payment, and has appeared for UAs. She has been in good communication with Officer Beetham. As such, the parties are in agreement to continue the disposition hearing to give Ms. Walker an opportunity to keep working with Officer Beetham and comply with her conditions. The Court has provided July 2, 2026, at 10:00 a.m. as an available alternative date and time for the disposition hearing. The parties have conferred and are available then.

UNOPPOSED MOTION TO RESCHEDULE
DISPOSITION HEARING FOR SUPERVISED
RELEASE VIOLATIONS
(*USA v. Walker* / CR22-105-LK) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Ms. Walker agrees with undersigned counsel's request to reschedule the disposition hearing. She remains at liberty under current conditions of supervision pending the disposition hearing. Dkt. 98.

DATED this 25th day of February 2026.

    Respectfully submitted,

    s/ *Elizabeth Sher*
    s/ *Dennis Carroll*
    Assistant Federal Public Defenders
    Attorneys for Danni Walker

UNOPPOSED MOTION TO RESCHEDULE
DISPOSITION HEARING FOR SUPERVISED
RELEASE VIOLATIONS
(*USA v. Walker* / CR22-105-LK) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100