HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-105-LK |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RESCHEDULING DISPOSITION HEARING FOR SUPERVISED RELEASE VIOLATIONS |
| DANNI WALKER, | |
| Defendant. | |

The Court has reviewed and considered Danni Walker's Unopposed Motion to Reschedule Disposition Hearing for Supervised Release Violations, which requests the disposition hearing for Ms. Walker's pending supervised release violations be rescheduled from March 11, 2026, at 10:00 a.m. to July 2, 2026, at 10:00 a.m.

The Court finds good cause to reschedule the disposition hearing per agreement of the parties to allow Ms. Walker to continue to work with Officer Beetham as outlined in the defense's motion. The Government and Probation have indicated they do not oppose the motion.

The Court notes that Ms. Walker remains at liberty pending the disposition hearing, and she does not indicate that she will be prejudiced by the short continuance. *See United States v. Lopez*, No. 23-444, 2024 WL 2843035, at *2 (9th Cir. June 5, 2024). The Court further finds that the interests of the public and Ms. Walker in any speedier disposition in this case are outweighed by the ends of justice.

ORDER RESCHEDULING DISPOSITION
HEARING FOR SUPERVISED RELEASE
VIOLATIONS
(*USA v. Walker* / CR22-105-LK) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

Finding good cause, the Court GRANTS the motion and moves the disposition hearing for Ms. Walker's supervised release violations **to July 2, 2026, at 10:00 a.m.**

DATED this __3rd__ day of ~~February~~ March 2026.

_____
LAUREN KING
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Elizabeth Sher*
Assistant Federal Public Defender
Attorney for Danni Walker

ORDER RESCHEDULING DISPOSITION
HEARING FOR SUPERVISED RELEASE
VIOLATIONS
(*USA v. Walker* / CR22-105-LK) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100